HENRY H. SKINNER et al., as Administrators, etc., Respondents, *v.* THE PROSPECT PARK AND CONEY ISLAND RAILROAD COMPANY, Appellant.

SAME *v.* SAME.

(Argued October 20, 1893; decided November 28, 1893.

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, in both of the above-entitled actions, entered upon orders made February 13, 1892, which affirmed judgments in favor of plaintiff entered upon verdicts and affirmed orders denying motions for a new trial.

*Samuel D. Morris* for appellant.

*Charles J. Patterson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgments affirmed.

---

AGNES ZOLIEWSKI, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 20, 1893 ; decided November 28, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 3, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Charles A. Pooley* for appellant.

*William Armstrong* and *Edward T. Durant* for respondent.

Agree to affirm, with costs and ten per cent damages for delay under section 3251 of the Code of Civil Procedure.
All concur.
Judgment affirmed.